

BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

APR 17 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENTE PONCE,<br><br>　　　　Defendant. | CASE NO. 1:14 CR 00080 LJO SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 17, 2014, charging the above defendant with a violation of 18 U.S.C. § 922(g)(1)-Felon in Possession of a Firearm (5 counts); 21 U.S.C. § 841(a)(1) and (b)(1)(B)-Distribution of Methaphetamine and a Criminal Forfeiture count be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or

1 | has been given bail, that no person shall disclose the finding of the
2 | Indictment or any warrant issued pursuant thereto, except when
3 | necessary for the issuance and execution of the warrant.

DATED: April 17, 2014                Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                            By   /s/ Laurel J. MOntoya
                                  LAUREL J. MONTOYA
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   April 17, 2014
                                         U.S. Magistrate Judge