ROBERT L. FORKNER (CSB#166097)
The Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544-0200
Facsimile: (209) 544-1860

Attorney for Defendant
VICENTE PONCE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14-CR-00080-LJO-SKO-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VICENTE PONCE, | |
| Defendant. | |

**STIPULATION TO CONTINUE STATUS CONFERENCE
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

Plaintiff United States of America, by and through its counsel of record above, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 5, 2015.

2. By this stipulation, defendant now moves to vacate the status conference on January 5, 2015 and set Mr. Ponce's matter for further status conference on March 16, 2015 and to exclude time between January 5, 2015 through March 16, 2015 under Local Code T4 and 18 U.S.C. § 3161. Plaintiff does not object to this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant has a previously scheduled preliminary hearing in San Joaquin

1

County on January 5, 2015 and will be unable to appear on Mr. Ponce's matter in Fresno.

      b.      Defense counsel recently received the discovery from the Federal Defender's Office, therefore, additional and adequate time is needed to review the discovery and discuss all of the possible options with Mr. Ponce.

      c.      The defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for possible plea negotiations.

      d.      The government stipulates to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 5, 2015 to March 16, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      December 29, 2014.

                              /s/ Robert Forkner _____
                              ROBERT FORKNER
                              Counsel for Defendant

DATED:      December 29, 2014.

/s/ Laurel Jackson Montoya
LAUREL JACKSON MONTOYA
Assistant United States Attorney

**ORDER**

The parties' stipulated request for a continuance of the status conference date to March 16, 2015, is GRANTED.  The parties are reminded that if they are unable to reach an agreement that resolves this matter prior to the next status conference date, they shall be prepared to select a mutually acceptable trial date at the status conference on March 16, 2015.  The delay resulting from the continuance shall be excluded in the interests of justice for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **December 30, 2014**                      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE