ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209)544-0200
Fax:              (209)544-1860

Attorney for Defendant
VICTOR PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:14-CR-00080-LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO TERMINATE LOCATION MONITORING PROGRAM AND CURFEW |
| VICENTE PONCE, | |
| Defendant. | |

   Defendant VICENTE PONCE, through his attorney ROBERT L. FORKNER, with the consent and approval of Pretrial Services Officers Jacob Scott, respectfully requests that the Defendant's location monitoring condition be removed.  Defendant was originally ordered released on pretrial service conditions by Magistrate Judge Stanley A. Boone on May 7, 2014, on a secured bond.

   Removal of the location monitoring program is requested because Mr. Ponce has been in full compliance with the conditions of release since said conditions were imposed.  The remaining conditions continue to be in full force and effect.

1

Further, counsel and pretrial services have conferred about this request and there is no objection from Assistant U.S. Attorney Laurel Jackson Montoya or Pretrial Services Officer Ryan Beckwith for the termination of the location monitoring program.

IT IS SO STIPULATED

Dated:  August 20, 2015                    /s/ Robert L. Forkner
                                           ROBERT L. FORKNER
                                           Attorney for Defendant
                                           Vicente Ponce

Dated: August 20, 2015                     /s/ Laurel J. Montoya
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney

ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209)544-0200
Fax:              (209)544-1860

Attorney for Defendant
Vicente Ponce

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:14-CR-00080-LJO-SKO |
|---|---|
| Plaintiff, | ) ORDER FOR TERMINATION OF LOCATION MONITORING PROGRAM AND DEFENDANT'S CURFEW |
| v. | |
| VICENTE PONCE, | |
| Defendant. | |

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the location monitoring program be terminated, and that all other conditions and special conditions of pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 25, 2015**

_____
UNITED STATES MAGISTRATE JUDGE