**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **OLD CASE NO: 1:14-CR-00080-DAD-BAM** |
| **Plaintiff,** | **NEW CASE NO: 1:14-CR-00080-LJO-BAM** |
| **v.** | **ORDER REASSIGNING CASE** |
| **VINCENTE PONCE,** | |
| **Defendant.** | |

The above-captioned case recently was reassigned automatically from District Judge Lawrence J. O'Neill and Magistrate Judge Sheila K. Oberto to District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe for all purposes to balance this Court's caseloads. However, due to the stage of this particular case and to avoid Court resource duplication, the above-caption action is REASSIGNED from District Judge Dale A. Drozd to District Judge Lawrence J. O'Neill for all purposes. Judge Barbara A. McAuliffe shall remain the assigned magistrate judge. The new case number for this action, which must be used on all documents filed with the court, is:

**1:14-CR-00080-LJO-BAM**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

**IT IS SO ORDERED**
**Dated: December 11, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**

**IT IS SO ORDERED**
**Dated: December 11, 2015**

**/s/ Dale A. Drozd**
**United States District Judge**

1