BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00080-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | DATE: January 11, 2016 |
| VICENTE PONCE, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 11, 2016.

2. By this stipulation, defendant now moves to continue the sentencing until March 21, 2016 at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Through no fault of the assigned probation officer, a timely interview with the defendant could not be scheduled and the presentence report (PSR) cannot be prepared in time for the sentencing as presently scheduled.

   b) A continuance of the sentencing is necessary for preparation of the PSR and for the parties to submit objections.

STIPULATION TO CONTINUE SENTENCING HEARING;
PROPOSED ORDER

1

   c) Counsel for defendant and the government do not oppose the continuance of the sentencing hearing.

   d) Good cause exists for the continuance of the sentencing hearing.  No exclusion of time is necessary.

IT IS SO STIPULATED.

Dated:  December 15, 2015        BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ LAUREL J. MONTOYA
                  LAUREL J. MONTOYA
                  Assistant United States Attorney

Dated:  December 15, 2015        /s/ ROBERT L. FORKNER
                  ROBERT L. FORKNER
                  Counsel for Defendant
                  VICENTE PONCE

## FINDINGS AND ORDER

The sentencing hearing is continued to March 21, 2016 at 10:00 a.m.   Good cause Exists.

IT IS SO ORDERED.

 Dated:  **December 21, 2015**      **/s/ Lawrence J. O'Neill**
                  UNITED STATES DISTRICT JUDGE