HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00080 LJO-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |
| vs. | |
| VICENTE PONCE, | |
| *Defendant,* | |

Defendant, Vicente Ponce, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

Mr. Ponce is seeking appointed counsel under General Order 595. Mr. Ponce submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Ponce was sentenced to an 80-month term of imprisonment on November 28, 2016 and is still in custody.

Because General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act, based on review of the attached Financial Affidavit, it is respectfully recommended that this Court authorize Counsel to represent Mr. Ponce on his compassionate release proceedings related to this case.

DATED:  August 24, 2020                */s/ Eric V. Kersten*
                                                     ERIC V. KERSTEN
                                                     Assistant Federal Defender
                                                     Branch Chief, Fresno Office

1

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __August 25, 2020__          ____/s/ Barbara A. McAuliffe____

UNITED STATES MAGISTRATE JUDGE

-2-